```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9
10
11
    BOARD OF TRUSTEES OF THE SHEET     )   NO. C 10 2464 EDL
12  METAL WORKERS, et al.,              )
                                        )
13                                      )
                         Plaintiffs,    )   ORDER OF EXAMINATION
14           vs.                        )
                                        )
15                                      )
    PACIFIC HEATING & SHEET METAL, a    )
16  California corporation              )
                                        )
17                                      )
                         Defendant.     )
18  _____)

19  To:  Jennifer Moak, Custodian of Records, Judgment Debtor
         Pacific Heating & Sheet Metal
20       236 Springvalley Drive
         Vacaville, CA 95687
21
              You the custodian of records for above named judgment debtor
22
    and ARE HEREBY ORDERED to appear personally on December 21, 2010 at
23
    10:00 a.m. at 450 Golden Gate Avenue, San Francisco, CA , 94102
24
    Conference Room E, 15th Floor, before the Magistrate Elizabeth D.
25
    Laporte then and there to be examined on oath concerning your property
26
    or other matters material to the proceedings.
27
              You are ordered to bring with you the following documents:
28
              1.   The corporation's bylaws, share register and minute
```

ORDER OF EXAMINATION                      1

book;

2. Title documents to all equipment and vehicles of debtor;

3. All lists and schedules of rented, leased and owned equipment of debtor;

4. Copies of all real property and personal property leases wherein debtor is a party;

5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

6. Annual Financial Statements for the 2009 and all monthly financial statements for 2010;

7. Federal tax returns for the last year reported;

8. All bank statements, deposit slips and canceled checks for all accounts for 2010;

9. The last tax return filed with the Franchise Tax Board;

10. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from March 1, 2010 to date;

11. All accounts receivable lists generated by the Company in 2010;

12. Cash Disbursement Journals for 2010;

13. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

14. All completed sheet metal fringe benefits report forms and time cards of employees for March 2010 to close of business.

15. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

<u>ORDER OF EXAMINATION</u>                              2

1    NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5 JUDGMENT CREDITOR IN THIS PROCEEDING.

6 Dated: October 27, 2010



7    _____
8                               Magistrate

ORDER OF EXAMINATION                              3